■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK E. BARKER, Appellant. (Appeal No. 2.) [635 NYS2d 554] —Judgment unanimously affirmed. Same Memorandum as in *People v Barker* (221 AD2d 1018 [decided herewith]). (Appeal from Judgment of Steuben County Court, Bradstreet, J.— Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY WILLSEA, Appellant. [635 NYS2d 568] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw his plea or to vacate the judgment of conviction, defendant failed to preserve for our review his contention that he did not voluntarily, knowingly and intelligently enter that plea *(see, People v Pellegrino,* 60 NY2d 636). Defendant's waiver of the right to appeal encompassed the right to challenge the sentence as harsh or excessive *(see, People v Allen,* 82 NY2d 761). Were we to reach the issue on the merits, we would conclude that the sentence of consecutive maximum terms of imprisonment is not unduly harsh or severe, given the heinous nature of the crimes. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.